Robert M. WANZER and Pleasant D. Wanzer, appellants, v. Johnnie WILLIAMS, appellee.

No. 9739.

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 10, 1948.
Decided Dec. 7, 1948.

Mr. James A. Cobb, of Washington, D. C., with whom Mr. George E. C. Hayes, of Washington, D. C., was on the brief, for appellants.

Mr. Otho D. Branson, of Washington, D. C., with whom Messrs. W. Theophilus Jones and Emerson W. Browne, both of Washington, D. C., were on the brief, for appellee.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.